UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

SUSAN SERRANO,

          Defendant.

No. CR S-03-0375 FCD

CASE REASSIGNMENT ORDER

Due to the unavailability of the undersigned, because of a criminal trial that will already be in progress, I have ascertained whether the United States District Judge Edward J. Garcia is available to try the above captioned criminal case. Judge Garcia has indicated he is willing to preside over this case. For the stated reason, I request that this case be reassigned to Judge Garcia pursuant to Local Rule, Appendix A(f)(1).

DATED: October 24, 2005.

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL, Jr.
                                              United States District Judge

I accept this reassignment. If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominate CR S-03-0375 EJG.

A Status Conference is scheduled for October 28, 2005, at 10:00 a.m. in Courtroom 8.

DATED: October 24, 2005

EDWARD J. GARCIA
United States District Judge

The reassignment of this case to the Honorable Edward J. Garcia is approved. The Clerk of the Court shall make the appropriate adjustments in the assignment of criminal cases to reflect this reassignment.

DATED: October 25, 2005.

DAVID F. LEVI
Chief United States District Judge