*Law Offices of*
**Norman L. Schafler**
Bar #67425
12304 Santa Monica Blvd., Suite 300
Los Angeles, California 90025
(310) 207-6700
Attorney for Plaintiff



**FILED**

JAN - 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA.,. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> SUSAN SERRANO, et al. ) <br> ) <br> Defendant(s), ) <br> ) <br> ) | CASE NO. 5-03-375-EJG <br><br> NOTICE AND APPLICATION FOR PERMISSION TO BE RELIEVED OF THE ELECTRONIC FILING AND TO FILE DOCUMENTS IN HARD COPY <br><br> Sentencing date: 2/03/06 <br> Department: 8 <br> Judge: Hon. Edward J. Garcia |

TO the prosecution and all other interested parties:

Please take notice that by this Application, SUSAN SERRANO will request to be relieved of the obligation for electronic filing of documents. Said Application is filed concurrently

DATED: January 4, 2006

_____
NORMAN L. SCHAFLER
Attorney for Defendant

- 1 -

NOTICE AND APPLICATION FOR PERMISSION TO BE RELIEVED OF

*Law Offices of*
**Norman L. Schafler**
Bar #67425
12304 Santa Monica Blvd., Suite 300
Los Angeles, California 90025
(310) 207-6700
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA.,. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> SUSAN SERRANO, et al. ) <br> ) <br> Defendant(s), ) <br> ) <br> ) <br> ) | CASE NO. 5-03-375-EJG <br><br> NOTICE AND APPLICATION FOR PERMISSION TO BE RELIEVED OF THE ELECTRONIC FILING AND TO FILE DOCUMENTS IN HARD COPY <br><br> Sentencing date: 2/03/06 <br> Department: 8 <br> Judge: Hon. Edward J. Garcia |

This matter was tried in Department 8 from November 14, 2005 through November 29 at which time the jury made their findings.

Defense counsel not being on the internet and not being internet savvy, made arrangements for electronic filing and receipts of documents with a third party.

Shortly before Christmas of 2005, defense counsel was made aware that the person handling the electronic filing and receipt of documents was hospitalized for surgery and

- 1 -

1  was operated upon shortly thereafter.
2       Defense counsel has been informed that person will not
3  be allowed back to work before the hearing date that is
4  presently set for judgment and sentencing, namely February
5  3, 2006.
6       Defense counsel had no other way of accessing the
7  electronic information or filing necessary documents in
8  this matter.
9       Defense counsel has prepared his objections to the
10 presentence report and is anticipating filing a Notice of
11 Appeal in this matter.
12      It is respectfully requested that Defense counsel be
13 allowed to file hard copies of the above documents.
14
15 DATED:     January 4, 2006
16
17                                         _____
                                           NORMAN L. SCHAFLER
18                                         Attorney for Defendant

- 2 -

NOTICE AND APPLICATION FOR PERMISSION TO BE RELIEVED OF

## DECLARATION OF NORMAN L. SCHAFLER

I, NORMAN L. SCHAFLER, declare:

This matter was tried in Department 8 from November 14, 2005 through November 29 at which time the jury made their findings.

As this is the only case that I will be handling in the Eastern District and not being on the internet and not being internet savvy I made arrangements for electronic filing and receipts of documents with a third party.

Shortly before Christmas of 2005, I was made aware that the person handling the electronic filing and receipt of documents for me was hospitalized for surgery and was operated upon shortly thereafter.

I have been informed that person will not be allowed back to work before the hearing date that is presently set for judgment and sentencing, namely February 3, 2006 and perhaps not for two or three weeks thereafter.

I have no other way of accessing the electronic information or filing necessary documents in this matter or anyone else who can handle that for me.

I have prepared objections to the presentence report and intend to file a Notice of Appeal in this matter immediately after judgment and sentencing on February 3, 2006.

///
///
///
///

- 3 -
DECLARATION OF NORMAN L. SCHAFLER

1     I respectfully request permission to file hard copies
2 of the above documents.
3     I declare the foregoing to be true under penalty of
4 perjury.
5     Executed this 4th day of January 2006 at Terra Bella,
6 California.

_____
NORMAN L. SCHAFLER

- 4 -

DECLARATION OF NORMAN L. SCHAFLER

## ORDER

Good cause appearing therefore, defendant SUSAN SERRANO is relieved of the obligation of electronically filing and is allowed to file hard copies of documents.

_____
Hon. Edward J. Garcia, Judge
1/5/06

- 6 -

**PROOF OF SERVICE**
(C.C.P. Section 1013A(3))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen and not a party to the within action; my business address is: 12304 Santa Monica Blvd., Suite 300, Los Angeles, California 90025.

On January 4, 2006, I served the following documents:

NOTICE AND APPLICATION FOR PERMISSION TO BE RELIEVED OF THE ELECTRONIC FILING AND TO FILE DOCUMENTS IN HARD COPY

on the interested parties in said action, by faxing a copy to 916-554-2900 placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Daniel S. Linhardt
    Assistant United States Attorney
    501 "I" Street
    Sacramento, Calif. 95814

__X__    I caused such envelope to be deposited in the mail at Terra Bella, California. The envelope was mailed with postage thereon fully prepaid.

Executed this 4th day of January, 2006, at Terra Bella, California

__X__    (State)  I declare under penalty of perjury that the foregoing is true and correct.

_____
NORMAN L. SCHAFLER

-5-