1  McGREGOR W. SCOTT
   United States Attorney
2  DANIEL S. LINHARDT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    CR S-03-375 EJG
                                   )
12            Plaintiff,           )    [PROPOSED] ORDER
                                   )
13       v.                        )
                                   )
14  SUSAN SERRANO,                 )
                                   )
15            Defendant.           )
                                   )
16

17       This matter coming on before the Court on December 2, 2005,
18  on Defendant's motion for bail pending sentencing.  The United
19  States opposed that motion.

20       On November 30, 2005, the jury returned a verdict of guilty
21  against the defendant of one count of health care fraud as set
22  forth in the Indictment.  The government thereafter moved to have
23  the defendant detained as a flight risk, at which time she was
24  detained by the Court.

25       Upon conviction, the burden of proof shifts to the Defendant
26  to establish by clear and convincing evidence that she is not a
27  flight risk.  18 U.S.C. § 3143(a).  At the hearing on December 2,
28  2005, the only evidence offered by the defendant to attempt to

                                  1

1  meet her burden was that she had made all of her prior
2  appearances, that she had posted a $50,000 bond, and claimed she
3  was employed in Los Angeles reading audiological reports.
4  However, following the jury's verdict, the defendant gave a
5  different statement to the Pretrial Services Officer in which she
6  said that she had no job and had not had one for the last year
7  and a half.

8      The only ties to the community the Defendant claimed to the
9  Pretrial Services Officer was financial support she received from
10  the family.  She has not accounted for any of the $190,000 per
11  year income which she claimed to the Pretrial Services Officer
12  she was receiving at the time when she was initially interviewed
13  in September of 2003, nor has she accounted for any of the money
14  she received as a result of her defrauding Medi-Cal.
15  Accordingly, the Court has substantial concerns about whether the
16  defendant has hidden assets which could be used to help her flee
17  if released.

18      The Court further finds, based on the defendant's trial
19  testimony, that she utterly lacks credibility.  This negates the
20  believability of any representations by the defendant that she
21  would appear for sentencing.  Accordingly, the Court agrees with
22  the Pretrial Services Officer's recommendation that there are
23  currently no conditions or combination of conditions that would
24  reasonably assure the defendant's appearance at sentencing.  The
25  Court finds that by any standard of proof, the defendant has
26  failed to establish that she is not a flight risk.
27  ///
28  ///

2

1    Accordingly, the defendant's motion for bail pending

2  sentencing is DENIED.

3  Dated: __1/9/06__

HONORABLE      EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

3