```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-03-375 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |
| SUSAN SERRANO, | |
| Defendant. | |

The parties request that the sentencing in this matter be removed from the calendar for this Friday, February 17, 2006. The United States anticipates that retired AUSA Dan Linhardt will be made a Special Assistant United States Attorney for purposes of litigating the sentencing in this case. However, at this time, Mr. Linhardt's travel schedule is unknown to the United States. The parties anticipate returning to Court at a time when Mr. Linhardt is in the District, possibly on March 10, 2006 or

//
//
//
//
//

1

March 17, 2006, and will notify the Court when Mr. Linhardt's schedule is ascertained.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATE: February 16, 2006     By:   /s/ Matt Segal
                                                    MATTHEW D. SEGAL
                                                    Assistant U.S. Attorney

DATE: February 16, 2006          /s/ Norman L. Schafler
                                                    NORMAN L. SCHAFLER
                                                    Attorney for Susan Serrano

                                                **SO ORDERED.**

DATE: February 16, 2006          /s/ Edward J. Garcia
                                                    HON. EDWARD J. GARCIA
                                                    U.S. District Judge