1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S-03-375 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | SET SENTENCING DATE |
| SUSAN SERRANO, | ) | |
| Defendant. | ) | |

The parties request that the sentencing in this matter be set for Friday, March 17, 2006. Retired AUSA Dan Linhardt has been made a Special Assistant United States Attorney for purposes

//
//
//
//
//
//
//
//
//
//

1

of the sentencing in this case; he anticipates calling witnesses and presenting arguments on behalf of the United States at the sentencing.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATE: February 21, 2006     By:  /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: February 21, 2006        /s/ Norman L. Schafler
NORMAN L. SCHAFLER
Attorney for Susan Serrano

**SO ORDERED.**

DATE:  February 21, 2006

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

2