BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN SERRANO<br><br>Defendant and Judgment Debtor. | CASE NO. 2:03-CR-0375-01 EJG<br><br><br> |

**MOTION TO APPLY CASH BOND FUNDS TO RESTITUTION AND ORDER**

On May 1, 2006, this Court, after a jury found her guilty of health care fraud, sentenced Susan Serrano to 78 months incarceration and ordered Defendant to pay $823,143.80 in non-federal restitution and $45,043.19 in federal restitution. To date, Defendant has made payments through the Bureau of Prisons totaling $2,239.42. However, Defendant, who is serving her prison sentence at the Federal Correctional Institution in Dublin, California, wrote to the Clerk of Court on or about September 8, 2010, requesting that the Fifty Thousand Three Dollars and Sixty-Six Cents ($50,003.66) she deposited with the Clerk of Court to guarantee her appearance at trial be returned to her. Appended hereto as Group Exhibit 1 is a copy of said letter and copies of the checks Defendant deposited with the Clerk of the Court.

1     On May 1, 2006, when this Court sentenced Defendant and ordered her to pay
2 restitution, a lien arose in favor of the United States on all property and rights to property of Susan
3 Serrano as if the liability of Defendant "were a liability for a tax assessed under the Internal Revenue
4 Code of 1986," pursuant to 18 U.S.C. §3613(c). Accordingly, the lien of the United States has
5 attached to the $50,003.66 deposited by Defendant with the Clerk of Court.

6     The United States moves that the Court enter an order, ordering the Clerk of Court to
7 apply the $50,003.66 in her possession belonging to Susan Serrano towards the restitution this
8 Court ordered Susan Serrano pay.

Dated October 19, 2010

BENJAMIN B. WAGNER
United States Attorney

By /s/ Ana Maria Martel
ANA MARIA MARTEL
Assistant United States Attorney
Attorneys for the United States

**ORDER**

So ordered. 11/3/10

/s/ Edward J. Garcia
Honorable Edward J. Garcia
United States District Court Judge

Motion to Apply Cash Appearance Bond toward payment of restitution     2